**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

In Re:

CAH ACQUISITION COMPANY 6, LLC,
d/b/a I-70 Community Hospital,

        Debtor.

Case No. 19-01300-5

Chapter 11

## DEBTOR'S EMERGENCY MOTION FOR AND CONSENT TO APPOINTMENT OF CHAPTER 11 TRUSTEE

The Debtor, by and through its proposed counsel of record, requests that the Court appoint Thomas W. Waldrep, Jr. as the Chapter 11 trustee in this case, pursuant to the provisions of 11 U.S.C. § 1104(a)(2). In support of this motion, the Debtor states as follows:

1. The Debtor filed its voluntary Chapter 11 petition on March 21, 2019.

2. The Debtor owns and operates a critical access hospital in Sweet Springs, Missouri.

3. Pending in this Court is the involuntary Chapter 7 bankruptcy case of the Debtor's related and affiliated entity, CAH Acquisition Company # 1, LLC, d/b/a Washington County Hospital (case no. 19-00730-5-JNC), filed on February 19, 2019 and subsequently converted to a Chapter 11 on March 15, 2019; as well as the voluntary Chapter 11 cases of CAH Acquisition Company #3, LLC, d/b/a Horton Community Hospital (case no. 19-01180-5-JNC), filed on March 14, 2019; CAH Acquisition Company 16, LLC, d/b/a Haskell County Community Hospital (case No. 19-01227-5), filed on March 17, 2019; CAH Acquisition Company #4, LLC, d/b/a Drumright Regional Hospital (case no. 19-01228-5) filed on March 17, 2019; CAH Acquisition Company 12, LLC, d/b/a Fairfax Community Hospital (case no. 19-01229-5); CAH

Acquisition Company # 2, LLC, d/b/a Oswego Community Hospital (case no. 19-01230-5) filed on March 17, 2019. Mr. Waldrep has been appointed as the trustee in these previously filed cases and continues to serve in that capacity.

4. The Debtor is one of ten (10) hospitals (including Washington County Hospital, Horton Community Hospital, Haskell County Community Hospital, Drumright Regional Hospital, Fairfax Community Hospital, and Oswego Community Hospital) (collectively, the "CAH Hospitals") with common ownership and integrated management through a related entity, iHealthcare, Inc. Each of the CAH Hospitals is owned by Health Acquisition Company, LLC (80% interest) and HMC/CAH Consolidated, Inc. (20% interest). Mr. Waldrep, as interim trustee in the related CAH Hospital cases, continues to utilize iHealthcare, Inc. in the management of the hospital.

5. Several of the CAH Hospitals are currently the subject of state court receiverships in other states in which receivers have been appointed at the request of creditors or other parties in interest. As a result of the appointment of the receivers, significant amounts of cash and anticipated revenues for the CAH Hospitals are unavailable to fund the ongoing operations of the CAH Hospitals.

6. In light of the deteriorating financial and operational status of the Debtor (and the other CAH Hospitals), the Debtor has determined that it is the best interests of the Debtor, its creditors, and other parties in interest (including patients) for Mr. Waldrep to also be appointed as the Chapter 11 trustee in the Debtor's case, subject to the Court's approval. Therefore, the Debtor requests and consents to the immediate appointment of Thomas W. Waldrep, Jr. as Chapter 11 trustee in this case, pursuant to § 1104(a)(2) of the Bankruptcy Code.

7. Counsel for the Debtor has conferred with Mr. Waldrep about his appointment as the trustee in this case, and Mr. Waldrep has agreed to such appointment.

WHEREFORE, the Debtor consents to and requests that the Court appoint Thomas W. Waldrep, Jr. as the Chapter 11 trustee in this case on an emergency, *ex parte* basis pending notice and hearing to the extent required by the Court pursuant to § 1104(a) of the Bankruptcy Code.

Dated: March 21, 2019                    */s/ Rayford K. Adams III*
                                         Rayford K. Adams III (NC Bar No. 8622)
                                         SPILMAN THOMAS & BATTLE, PLLC
                                         110 Oakwood Drive, Suite 500
                                         Winston-Salem, North Carolina 27103
                                         Telephone: (336) 725-4710
                                         Facsimile: (336)725-4476
                                         Email:  tadams@spilmanlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| In Re:<br><br>CAH ACQUISITION COMPANY 6, LLC,<br>d/b/a I-70 Community Hospital,<br><br>Debtor. | Case No. 19-01300-5<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing **DEBTOR'S EMERGENCY MOTION FOR AND CONSENT TO APPOINTMENT OF CHAPTER 11 TRUSTEE** was filed electronically in accordance with the local rules and was served upon those listed in **Exhibit A** on the date set forth by first class mail or by electronic service through CM/ECF.

Dated: March 21, 2019         */s/ Rayford K. Adams III*
                                            Rayford K. Adams III (NC Bar No. 8622)
                                            SPILMAN THOMAS & BATTLE, PLLC
                                            110 Oakwood Drive, Suite 500
                                            Winston-Salem, North Carolina 27103
                                            Telephone: (336) 725-4710
                                            Facsimile: (336)725-4476
                                            Email:  tadams@spilmanlaw.com

# EXHIBIT A

| VIA CM/ECF / E-MAIL | | |
|---|---|---|
| Marjorie K. Lynch<br>434 Fayetteville St.<br>Suite 640<br>Raleigh, NC 27601<br>*Bankruptcy Administrator* | Terri L. Gardner<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612<br>*Counsel for Petitioning Creditors* | Katherine M. McCraw<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629<br>*Counsel for NC DHHS/DHB* |
| Thomas W. Waldrep, Jr.<br>Waldrep LLP<br>101 S Stratford Road, Suite 210<br>Winston-Salem, NC 27104<br>*Trustee* | | |
| **VIA U.S. MAIL** | | |
| CAH Acquisition Company 6, LLC<br>c/o Corporation Service Company,<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Cayenne Medical, Inc.<br>16597 N 92nd Street<br>Scottsdale, AZ 85260 | Cigna Healthcare<br>231 S Bemiston Avenue<br>Saint Louis, MO 63105 |
| Boyce & Bynum Pathology Lab<br>PO Box 7406<br>Columbia, MO 65205 | iHealthcare, Inc.<br>3901 NW 28th Street<br>2nd Floor<br>Miami, FL 33142 | Saline County Collection-<br>Cindi A. Sims<br>19 E Arrow Street<br>Marshall, MO 65340 |
| Community Blood Center<br>4040 Main Street<br>Kansas City, MO 64111 | CPP Wound Care #25, LLC<br>210 NE Tudor Road<br>Lees Summit, MO 64086 | First Liberty<br>9601 N May Avenue<br>Oklahoma City, OK 73120 |
| HERC<br>21900 East 96th Street<br>Broken Arrow, OK 74014 | I.T.S. USA<br>1778 Park Avenue<br>Suite 200<br>Maitland, Florida 32751 | J&J Health Care Systems<br>425 Hoes Lane<br>Piscataway, NJ 08854 |
| LGMC, LLC<br>11063 D.S. Memorial Suite 483<br>Tulsa, OK 74133 | Missouri Network Alliance, LLC<br>2005 W Broadway, Suite 215<br>Building A<br>Columbia, MO 65203 | McKesson Medical Surgical, Inc.<br>PO Box 933027<br>Atlanta, GA 31193 |

| | | |
|---|---|---|
| Medline Industries, Inc.<br>Three Lakes Drive<br>Northfield, IL 60093 | Primeforce Medical Corp<br>10456 Chandler Road<br>La Vista, NE 681285 | Rural Community Hospitals<br>Of America<br>Attn: Steven F. White<br>700 Chappell Road<br>Charleston, WV 25304 |
| Quality Systems, Inc.<br>1101 Menzler Road<br>Nashville, TN 37210 | Reboot, Inc.<br>PO Box 775535<br>Chicago, IL 60677 | Shared Medical Services, LLC<br>209 Limestone Press Pass<br>Cottage Grove, WI 53527 |