**SO ORDERED.**

**SIGNED this 27 day of March, 2020.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAH ACQUISTION COMPANY 6, LLC | ) | Case No. 19-01300-5-JNC |
| d/b/a I-70 COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER ALLOWING APPLICATION FOR EXTENSION OF "ACCEPTANCE" PERIOD
PURSUANT TO 11 U.S.C. § 1121(c)(3)**

THIS MATTER, coming on to be heard before the Court pursuant to the Application for Extension of "Acceptance" Period Pursuant to 11 U.S.C. § 1121(c)(3) as filed by the Trustee; and it appearing to the Court as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The Debtor filed a petition under Chapter 11 of the United States Bankruptcy Code on March 21, 2019. An Order appointing Thomas W. Waldrep, Jr. as Chapter 11 Trustee was entered on March 29, 2019.

3. On October 17, 2019, the Trustee filed the Amended Chapter 11 Plan and Disclosure Statement for the Estate. The hearing on plan confirmation has been scheduled for March 11, 2020.

4. On March 5, 2020, the Trustee filed a motion to continue the hearing on plan confirmation for approximately sixty (60) days. The Court has entered orders approving the sales of the Debtor's assets, as well as the sales of the assets of the Debtor's six other affiliates in Chapter 11 cases pending before this Court (the "Sale Orders," and each, a "Sale Order"). Five of the seven Sale Orders provide for mediated settlement conferences between the Trustee, Complete Business Solutions Group ("CBSG"), Paul Nusbaum and Steve White ("Nusbaum/White"), and, in three of the Sale Order, Cohesive Healthcare Management & Consulting LLC ("Cohesive," and together with the Trustee, CBSG, and Nusbaum/White, the "Mediation Parties").

5. The Mediation Parties have selected a mediator and scheduled April 1 and 2, 2020 as the dates for the mediated settlement conference, the outcome of which will almost certainly result in necessary amendments to the plans in five of the affiliated cases. Further, one of the Mediation Parties, CBSG, objected to all of the plans filed by the Trustee. Therefore, it is also possible that the outcome of mediation may implicate CBSG's objection to, and treatment under, all seven of the plans.

6. Accordingly, the Trustee has sought continuance of the hearings on plan confirmation from the March 11, 2020 to a hearing date approximately sixty (60) days thereafter in order to afford ample time to resolve all issues between the Mediation Parties and, if needed, file and serve amended plans.

7. The Trustee requested that the Acceptance Deadline be extended ninety (90) days from March 15, 2020 to June 13, 2020.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Trustee is granted an extension of the Acceptance Period to June 13, 2020.

END OF DOCUMENT