# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-01300  
**Case Name:** CAH Acquisition Company 6, LLC  
**For Period Ending:** 06/30/2023

**Trustee Name:** (530611) Thomas W. Waldrep Jr.  
**Date Filed (f) or Converted (c):** 10/19/2020 (c)  
**§ 341(a) Meeting Date:** 11/19/2020  
**Claims Bar Date:** 12/28/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets | 7<br>Lien Amount | 8<br>Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Checking Account at US Bank, xxxxxx3986<br>Closed during Chapter 11 | 68,533.59 | 68,533.59 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | Checking Account at Equity Bank, xxxxxx8090<br>Funds at time of conversion to Chapter 7 on 10/19/20 were $3,030.19.  Funds in the amount of $3,028.58 were paid out to Liberty Bank on 7/14/21 as part of amended order on settlement agreement 2/23/21, dkt 680. | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 3 | A/R . 90 days old or less. Face amount = $8,241,643.95. Doubtful/Uncollectible accounts = $5,960,155.42.<br>Not collectible | 2,281,488.53 | 2,281,488.53 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Other inventory or supplies: Purchasing department supplies, 09/30/2017, Net Book Value: $13,056.23<br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 5 | Other inventory or supplies: Pharmacy supplies, 09/30/2017, Net Book Value: $22,179.57<br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 6 | Other inventory or supplies: Radiology supplies, 09/30/2017, Net Book Value: $701.54<br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 7 | Other inventory or supplies: Dietary supplies, 09/30/2017, Net Book Value: $2,460.40<br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 8 | Other inventory or supplies: Clinic supplies, 09/30/2017, Net Book Value: $4,119.12<br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 9 | Other inventory or supplies: Surgical supplies, 09/30/2017, Net Book Value: $14,691.35<br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 10 | Global Lux Office Chair #486823 Q 30.<br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 11 | Comet stacking chair with arms Q 40.<br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 12 | Woodmere Occassional Chair Q30.<br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 19-01300 | Trustee Name: | (530611) Thomas W. Waldrep Jr. |
| --- | --- | --- | --- |
| Case Name: | CAH Acquisition Company 6, LLC | Date Filed (f) or Converted (c): | 10/19/2020 (c) |
| | | § 341(a) Meeting Date: | 11/19/2020 |
| For Period Ending: | 06/30/2023 | Claims Bar Date: | 12/28/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 13  Managers chair Q18.<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 14  CAP AIR-KH COMP Wall canopy hood.<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 15  H Miller Nurse Station - Concordia Clinic.<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 16  Server.<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 17  Nextgen software $.<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 18  Genie O.R. Light - Double Head Ceiling Mount.<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 19  Reimers Steam Boiler (RERH-30).<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 20  Reimers Steam Boiler (RERH-20).<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 21  Surgical scrub sink.<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 22  Compartment sink #Unifab 1-70.<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 23  Surgical scrub sink.<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 24  FUKUDA Portable Monitors.<br><br>Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case No.: | 19-01300 | | Trustee Name: | (530611) Thomas W. Waldrep Jr. |
|---|---|---|---|---|
| Case Name: | CAH Acquisition Company 6, LLC | | Date Filed (f) or Converted (c): | 10/19/2020 (c) |
| | | | § 341(a) Meeting Date: | 11/19/2020 |
| For Period Ending: | 06/30/2023 | | Claims Bar Date: | 12/28/2020 |

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 25 | Scope equipment and attachments from Surgical Advantage, LLC. Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 5,218.27 | 0.00 |
| 26 | OR Equipment leased from First Financial. Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 27 | Water filtration system First Financial. Personal property released to secured creditor pursuant to settlement agreement and bill of sale, Order entered 12/20/20, Dkt 667 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 28 | 1-70 Community Hospital Building 105 Hospital Drive Sweet Springs, Missouri, Equitable interest Released to secured creditor pursuant to settlement agreement order 8/30/19, Dkt 278 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 29 | SunTrust Bank Account  (u) SunTrust bank account transferred at time of conversion.  Estate paid out funds to Liberty Bank (prepetition funds) in satisfaction of order amending settlement agreement 2/23/21, dkt 680, Claim #47 | 13,275.86 | 13,275.86 | | 0.00 | FA | 0.00 | 0.00 |
| 30 | Outstanding DSH for 2011-2015 owed by Missouri MO HealthNet (u) Incoming Wire - MHA Management Services Corporation - Outstanding DSH for 2011-2015 paid by Missouri MO HealthNet | 225,460.89 | 225,460.89 | | 225,460.89 | FA | 0.00 | 0.00 |
| 31 | Duplicate (u) Duplicate | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 32 | Settlement - Funderz-Regional Cap. (u) Settlement funds from Funderz.Net Adversary #21-00056, Order granting settlement entered 2/2/22, Dkt 39 | 24,348.00 | 24,348.00 | | 24,348.00 | FA | 0.00 | 0.00 |
| **32** | **Assets Totals (Excluding unknown values)** | **$2,613,106.87** | **$2,613,106.87** | | **$249,808.89** | **$0.00** | **$5,218.27** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

6th QSR.  Multiple pending adversary cases - AP Nos. 21-00081, 22-00016, 22-00023- 22-00030, 22-00092, 22-00104, and 22-00128.

In AP No. 22-00128, Trustee v Rampey Enterprises, Inc., a Motion for Order to Approve Compromise and Settlement Agreement Pursuant to Rule 9019 was filed on July 18, 2023.

*Bank account opened

**Initial Projected Date Of Final Report (TFR):** 01/31/2024   **Current Projected Date Of Final Report (TFR):** 01/31/2024

**FORM 2**
**Cash Receipts and Disbursements Record**

| Case No.: | 19-01300 | | Trustee Name: | Thomas W. Waldrep, Jr. | |
|---|---|---|---|---|---|
| Case Name: | CAH Acquisition Company 6, LLC | | Bank Name: | Equity Bank | |
| Taxpayer ID#: | **-***4641 | | Account #: | ****8090 | ACCOUNT CLOSED 3/2022 |
| For Period Ending: | 6/30/2023 | | Bond Amount: | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref # | Paid To/ Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/19/2020 | | | Account balance at conversion date of 10/19/20 | 1290-001 | $ 3,030.19 | $ - | $ 3,030.19 |
| 11/11/2020 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 0.26 | $ 3,029.93 |
| 12/10/2020 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 0.27 | $ 3,029.66 |
| 1/10/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 0.26 | $ 3,029.40 |
| 2/10/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 0.26 | $ 3,029.14 |
| 3/10/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 0.30 | $ 3,028.84 |
| 4/11/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 0.26 | $ 3,028.58 |
| 4/23/2021 | | | Incoming Wire - MHA Management Services Corporation - Outstanding DSH for 2011-2015 paid by Missouri MO HealthNet | 1290-000 | $ 225,460.89 | | $ 228,489.47 |
| 5/5/2021 | | Harland Clarke | Order checks | 2600-000 | | $ 56.13 | $ 228,433.34 |
| 5/10/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 15.62 | $ 228,417.72 |
| 6/10/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 19.59 | $ 228,398.13 |
| 7/11/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 20.34 | $ 228,377.79 |
| 7/14/2021 | 1201 | Liberty Bank | Payment to Liberty Bank (prepetition funds due for superpriority lien) in satisfaction of order amending settlement agreement 2/23/21, dkt 680, Claim #47 | 4210-000 | | $ 3,028.58 | $ 225,349.21 |
| 8/10/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 19.50 | $ 225,329.71 |
| 9/12/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 19.23 | $ 225,310.48 |
| 10/11/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 20.06 | $ 225,290.42 |
| 11/11/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 19.23 | $ 225,271.19 |
| 12/12/2021 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 20.06 | $ 225,251.13 |
| 1/10/2022 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 19.22 | $ 225,231.91 |
| 2/8/2022 | 1202 | Thomas Waldrep, Chapter 7 Trustee | Transfer funds to Stretto bank account | 9999-000 | | $ 225,231.91 | $0.00 |
| 2/10/2022 | | Equity Bank | Bank analysis charge | 2600-000 | | $ 19.22 | $ (19.22) |
| 2/22/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (24.22) |
| 2/22/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (29.22) |
| 2/23/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (34.22) |
| 2/24/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (39.22) |
| 2/25/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (44.22) |
| 2/28/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (49.22) |
| 2/28/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (54.22) |
| 2/28/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (59.22) |
| 2/28/2022 | | Equity Bank | Neg Coll Bal Fee | 2600-000 | | $ 0.07 | $ (59.29) |
| 3/1/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (64.29) |
| 3/2/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (69.29) |
| 3/3/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (74.29) |
| 3/4/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (79.29) |
| 3/7/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (84.29) |
| 3/7/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (89.29) |
| 3/7/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (94.29) |
| 3/8/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (99.29) |
| 3/9/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (104.29) |
| 3/10/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (109.29) |
| 3/10/2022 | | Equity Bank | Anlysis Charge | 2600-000 | | $ 10.23 | $ (119.52) |
| 3/11/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (124.52) |
| 3/14/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (129.52) |
| 3/14/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (134.52) |
| 3/14/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (139.52) |

| Date | | Bank | Description | Account | | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 3/15/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (144.52) |
| 3/16/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (149.52) |
| 3/17/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (154.52) |
| 3/18/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (159.52) |
| 3/21/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (164.52) |
| 3/21/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (169.52) |
| 3/21/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (174.52) |
| 3/22/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (179.52) |
| 3/23/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (184.52) |
| 3/24/2022 | | Equity Bank | Overdraft charge | 2600-000 | | $ 5.00 | $ (189.52) |
| 3/24/2022 | | Equity Bank | Service Charge Reversal | 2600-000 | | $ (155.00) | $ (34.52) |
| 3/24/2022 | | Equity Bank | Service Charge Reversal | 2600-000 | | $ (29.52) | $ (5.00) |
| 3/25/2022 | | Equity Bank | Service Charge Reversal | 2600-000 | | $ (5.00) | $ 0.00 |
| | | **ACCOUNT CLOSED** | | | | | |

| | | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | $ 228,491.08 | $ 228,491.08 | | $0.00 |
| Less: Prepetition funds owed to Liberty Bank | $ (3,030.19) | $ (3,030.19) | | |
| Less: Bank Credits/Corresponding fees | $ - | $ - | | |
| **Subtotal** | $ 225,460.89 | $ 225,460.89 | | |
| Less: Payments to Debtors | | | | |
| **NET Receipts/Disbursements** | $ 225,460.89 | $ 225,460.89 | | |

**FORM 2**
**Cash Receipts and Disbursements Record**

| Case No.: | 19-01300 | Trustee Name: | Thomas W. Waldrep, Jr. |
|---|---|---|---|
| Case Name: | CAH Acquisition Company 6, LLC | Bank Name: | First Horizon Bank |
| Taxpayer ID#: | **-***4641 | Account #: | **********4223 |
| For Period Ending: | 6/30/2023 | Bond Amount: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref # | Paid To/ Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 7/31/2021 | | | | | | | $0.00 |
| 8/11/2021 | | First Horizon Bank | Harland Clarke check order | | | $ 52.97 | ($52.97) |
| 8/17/2021 | | First Horizon Bank | Credit back check order fees | | $ 52.97 | | $0.00 |
| 9/30/2021 | | | | | | | $0.00 |
| 10/31/2021 | | | | | | | $0.00 |
| 11/30/2021 | | | | | | | $0.00 |
| 12/31/2021 | | | | | | | $0.00 |
| 1/31/2022 | | | | | | | $0.00 |
| 2/28/2022 | | | | | | | $0.00 |
| 3/31/2022 | | | | | | | $0.00 |
| 4/30/2022 | | | | | | | $0.00 |
| 5/31/2022 | | | | | | | $0.00 |
| 6/17/2022 | | Transfer from Acct ending 1830 | Settlement funds from Funderz.Net Adversary #21-00056, Order granting settlement entered 2/2/22, Dkt 39 | | $ 25,250.00 | | $25,250.00 |
| 7/30/2022 | | | | | | | $25,250.00 |
| 8/22/2022 | WIRE | International Sureties | Payment of blanket bond | | | $ 902.00 | $24,348.00 |
| 8/26/2022 | 1001 | Trustee Thomas Waldrep | Transfer funds to Stretto East West bank account | | | $ 24,348.00 | $0.00 |
| 9/30/2022 | | | | | | | $0.00 |
| 10/31/2022 | | | | | | | $0.00 |
| 11/30/2022 | | | | | | | $0.00 |
| 12/31/2022 | | | | | | | $0.00 |
| 1/31/2023 | | | | | | | $0.00 |
| 2/28/2023 | | | | | | | $0.00 |
| 3/31/2023 | | | | | | | $0.00 |
| | | | | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $25,302.97 | $25,302.97 | $0.00 |
| Less: Bank Transfers | $0.00 | $0.00 | |
| Less: Bank Credits/Corresponding fees | $ (52.97) | $ (52.97) | |
| **Subtotal** | **$ 25,250.00** | **$ 25,250.00** | |
| Less: Payments to Debtors | | | |
| **NET Receipts/Disbursements** | **$25,250.00** | **$25,250.00** | |

**FORM 2**
**Cash Receipts and Disbursements Record**

| Case No.: | 19-01300 | | Trustee Name: | Thomas W. Waldrep, Jr. |
|---|---|---|---|---|
| Case Name: | CAH Acquisition Company 6, LLC | | Bank Name: | SunTrust |
| Taxpayer ID#: | **-***4641 | | Account #: | *********5074   ACCOUNT CLOSED 7/2021 |
| For Period Ending: | 6/30/2023 | | Bond Amount: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref # | Paid To/ Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/19/2020 | | | Account balance at conversion date of 10/19/20 | 1290-001 | $ 13,275.86 | | $ 13,275.86 |
| 12/31/2020 | | | Outgoing wire Transaction #069631 - Payment to Liberty Bank (prepetition funds owed for super-priority lien) in satisfacton of settlement agreement per order entered 12/20/2020, dkt 667, Claim #47 | 4210-000 | | $ 13,275.86 | $0.00 |
| 12/31/2020 | | SunTrust Bank | Bank Maintenance Fee | 2600-000 | | $ 15.00 | $ (15.00) |
| 1/12/2021 | | SunTrust Bank | Miscellaneous Credit | 2600-000 | $ 15.00 | | $0.00 |
| 1/29/2021 | | SunTrust Bank | Bank Maintenance Fee | 2600-000 | | $ 15.00 | $ (15.00) |
| 2/9/2021 | | SunTrust Bank | Miscellaneous Credit | 2600-000 | $ 15.00 | | $0.00 |
| 2/26/2021 | | SunTrust Bank | Bank Maintenance Fee | 2600-000 | | $ 15.00 | $ (15.00) |
| 3/31/2021 | | SunTrust Bank | Bank Maintenance Fee | 2600-000 | | $ 15.00 | $ (30.00) |
| 4/13/2021 | | SunTrust Bank | Miscellaneous Credit | 2600-000 | $ 30.00 | | $ - |
| 4/30/2021 | | SunTrust Bank | Bank Maintenance Fee | 2600-000 | | $ 15.00 | $ (15.00) |
| 5/28/2021 | | SunTrust Bank | Bank Maintenance Fee | 2600-000 | | $ 15.00 | $ (30.00) |
| 6/30/2021 | | SunTrust Bank | Bank Maintenance Fee | 2600-000 | | $ 15.00 | $ (45.00) |
| 7/2/2021 | | SunTrust Bank | Miscellaneous Credit | 2600-000 | $ 45.00 | | $0.00 |
| | | ACCOUNT CLOSED | | | | | |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | $ 13,380.86 | $ 13,380.86 | $0.00 |
| Less: Prepetition Funds owed to Liberty Bank | | $ (13,275.86) | $ (13,275.86) | |
| Less: Bank Credits/Corresponding fees | | $ (105.00) | $ (105.00) | |
| **Subtotal** | | $ - | $ - | |
| Less: Payments to Debtors | | | | |
| **NET Receipts/Disbursements** | | $ - | $ - | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 19-01300 | Trustee Name: | Thomas W. Waldrep Jr. (530611) |
|---|---|---|---|
| Case Name: | CAH Acquisition Company 6, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***4641 | Account #: | ******0007 Checking |
| For Period Ending: | 06/30/2023 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/10/22 | | Thomas W Waldrep Jr | Funds - Checking Account at Equity Bank, xxxxxx8090 | | 225,231.91 | | 225,231.91 |
| | {30} | | MHA Management outstanding DSH for 2011-2015 paid by MO Healthnet $225,460.89 | 1290-000 | | | |
| | | Equity Bank | Equity Bank fees 11/11/20 through 2/28/2022 -$228.98 | 2600-000 | | | |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 180.49 | 225,051.42 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 396.78 | 224,654.64 |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 348.05 | 224,306.59 |
| 05/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 347.52 | 223,959.07 |
| 06/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 394.89 | 223,564.18 |
| 07/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 346.37 | 223,217.81 |
| 08/25/22 | {32} | Thomas W Waldrep Jr. Bankruptcy Trustee | Settlement funds from Funderz.Net Adversary #21-00056, Order approving settlement entered 2/2/22, Dkt 39 | 1241-000 | 24,348.00 | | 247,565.81 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 400.03 | 247,165.78 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 396.14 | 246,769.64 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 382.32 | 246,387.32 |
| 11/15/22 | 101 | International Sureties, Ltd | Bond #016236868, 4/23/22 thru 4/23/23, Payment for Bond Increase Voided on 11/15/2022 | 2300-000 | | 30.00 | 246,357.32 |
| 11/15/22 | 101 | International Sureties, Ltd | Bond #016236868, 4/23/22 thru 4/23/23, Payment for Bond Increase Voided: check issued on 11/15/2022 | 2300-000 | | -30.00 | 246,387.32 |
| 11/15/22 | 102 | International Sureties, Ltd | Bond #016236868, 4/23/22 thru 4/23/23, Payment for Bond Increase | 2300-000 | | 30.00 | 246,357.32 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 421.24 | 245,936.08 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 394.17 | 245,541.91 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 419.77 | 245,122.14 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 366.67 | 244,755.47 |
| 03/30/23 | 103 | International Sureties, Ltd | Renewal of Bond #016236868 Case #19-01300-5-JNC | 2300-000 | | 496.00 | 244,259.47 |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 405.35 | 243,854.12 |

Page Subtotals:   $249,579.91   $5,725.79

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 19-01300 | Trustee Name: | Thomas W. Waldrep Jr. (530611) |
|---|---|---|---|
| Case Name: | CAH Acquisition Company 6, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***4641 | Account #: | ******0007 Checking |
| For Period Ending: | 06/30/2023 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 364.88 | 243,489.24 |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 429.27 | 243,059.97 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 389.55 | 242,670.42 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 249,579.91 | 6,909.49 | $242,670.42 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 249,579.91 | 6,909.49 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $249,579.91 | $6,909.49 | |

{ } Asset Reference(s)         ! - transaction has not been cleared

**FORM 2**
**Cash Receipts and Disbursements Record**

| | | | | |
|---|---|---|---|---|
| Case No.: | 19-01300 | Trustee Name: | Thomas W. Waldrep, Jr. | |
| Case Name: | CAH Acquisition Company 6, LLC | Bank Name: | East West Bank | |
| Taxpayer ID#: | **-***4641 | Account #: | xxxxxx0007 | |
| For Period Ending: | 6/30/2023 | Bond Amount: | | |

| | | |
|---|---:|---|
| Net Receipts: | $ 516,596.85 | |
| Plus Gross Adjustments: | $ (249,579.91) | *Bank transfer of funds from Equity and First Horizon to East West Bank |
| Less Payments to Debtor: | $ - | |
| Less Other Noncompensable Items: | $ (16,306.05) | *Prepetition funds owed for super-priority lien |
| Net Estate: | $ 250,710.89 | |

| TOTAL ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ****8090 Equity Bank Checking | $ 228,491.08 | $ 228,491.08 | $ - |
| **********4223 First Horizon Bank Checking | $ 25,250.00 | $ 25,250.00 | $ - |
| *********5074 SunTrust Checking | $ 13,275.86 | $ 13,275.86 | $ - |
| ******0007 East West Bank | $ 249,579.91 | $ 6,909.49 | $ 242,670.42 |
| | $ 516,596.85 | $ 273,926.43 | $ 242,670.42 |